**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DANIEL R. THOMPSON, ET AL.

    VS                                            CASE NO. 3:08cv63/WS/MD

WENDELL HALL, ET AL.

**REFERRAL AND ORDER**

Referred to Judge Davis on     October 22, 2009
Type of Motion/Pleading: MOTIONS TO STAY
Filed by: Defendants Younghanse, on 7/30/09 and   Document 41 & 42
    Michael and Coats        8/7/09
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                              on               Doc.#
                              on               Doc.#
                              WILLIAM M. McCOOL, CLERK OF COURT

                              _/s/ Elizabeth Cooley_
                              Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 23rd day of October, 2009, that:

    The requested relief is GRANTED.

    On or before December 31, 2009, Defendants Michael and Younghanse shall file a status report as to their availability and the status of their military service. The Clerk shall refer the status report to me.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                              Document No.